# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED NOVEMBER 14, 2025

---

### NO. 03-24-00478-CV

---

**Nicholas Cruz, Appellant**

**v.**

**Rosalinda Bazan, Appellee**

---

**APPEAL FROM 274TH DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND JONES
REVERSED AND REMANDED -- OPINION BY JUSTICE JONES**

---

This is an appeal from the judgment signed by the trial court on May 26, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment declaring the real property at issue to be community property. Therefore, the Court reverses the trial court's divorce decree as to the property division and remands that portion of the case to the trial court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.